BENNETT F. HINES, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Hines* v. *N. Y. C. & H. R. R. R. Co.*, 78 Hun, 239, affirmed.
(Argued March 9, 1896; decided April 7, 1896.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made May 14, 1894, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Robert F. Wilkinson* for appellant.

*W. Farrington* for respondent.

Judgment affirmed, with costs; no opinion.
All concur, except ANDREWS, Ch. J., and HAIGHT, J., not voting.

---

ADA G. VAN SICKEL, Respondent, *v.* SILAS A. ILSLEY et al., Appellants.

*Van Sickel* v. *Ilsley*, 75 Hun, 537, affirmed.
(Argued March 11, 1896; decided April 7, 1896.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made February 17, 1894, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Thomas S. Moore* for appellants.

*Charles J. Patterson* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.